AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Derrick L. Jones
26 Worcester Street Apartment 410
Boston, Massachusetts

**WARRANT FOR ARREST**

CASE NUMBER: 04-10008-CPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Derrick L. Jones_
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly transporting and knowingly possessing visual depictions of minors engaged in sexually explicit conduct

in violation of
Title _18_ United States Code, Section(s) _2252(a)(1) and (a)(4)(B)_

Lawrence P. Cohen
Name of Issuing Officer

_James P.A._ (signature)
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

August 4, 2004 – Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY FBI |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER / ARREST AND ARRAIGNMENT OF THE DEFENDANT ON _8/3/04_ | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.



# UNITED STATES MARSHALS SERVICE
## --*District of Massachusetts*--

ANTHONY DICHIO
UNITED STATES MARSHAL

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 500
Boston, MA   02210

**(617) 748-2551**
**(617) 748-2559** *(fax)*

617-223-6025

TO: Bob - FBI

FROM: _____

DATE: _____

NUMBER OF PAGES: _____ (EXCLUDING COVER SHEET)

COMMENTS: _____

_____
_____
_____
_____

WARNING: MANY FACSIMILE MACHINES PRODUCE COPIES ON THERMAL PAPER. THE IMAGE PRODUCED IS HIGHLY UNSTABLE AND WILL DETERIORATE SIGNIFICANTLY IN A FEW YEARS. IT SHOULD BE COPIED ON A PLAIN PAPER COPIER PRIOR TO FILING AS A RECORD.

```
 ** TX STATUS REPORT **              AS OF   AUG 04 2004 15:22   PAGE.01
                                             USMS D-MA WARRANTS


        DATE  TIME       TO/FROM       MODE   MIN/SEC    PGS   CMD#   STATUS
 13    08/04 15:21  617 223 6025       EC--S   00'37"    002            OK
```