UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-mj-00008-LPC |
| | ) | |
| DERRICK JONES | ) | |

<u>DEFENDANT'S MOTION PROPOSING CONDITIONS OF RELEASE</u>

Defendant Derrick Jones respectfully withdraws his earlier request to reside with his aunt, Linda Pitters, since her housing is subsidized and she cannot allow other persons to reside with her. Undersigned counsel apologizes for submitting the proposal without having anticipated this problem.

Defendant proposes that he stay at the Coolidge House. Undersigned counsel has been informed by Pretrial Services that such a placement may be possible, but that the Coolidge House would require a release order (contingent upon his successful placement) before evaluating whether it would accept defendant. Placement at Coolidge House would assure that defendant is monitored and would not have access to computers. Since undersigned counsel has no other place to propose, he asks that this Court consider Coolidge House.

      DERRICK JONES
      By his attorney,

      /s/ Charles P. McGinty
      Charles P. McGinty
       B.B.O. #333480
      Federal Defender Office
      408 Atlantic Avenue
      Boston, MA  02110
      Tel: 617-223-8061