UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 04-10270-NMG |
| | ) | VIOLATIONS |
| v. | ) | 18 U.S.C. §2252(a)(1) |
| | ) | Transportation of Child Pornography |
| | ) | 18 U.S.C. §2252(a)(4)(B) |
| DERRICK JONES | ) | Possession of Child Pornography |
| | ) | |

INDICTMENT

<u>COUNTS ONE -THREE</u>: 18 U.S.C. §2252(a)(1) - Transportation of Child Pornography

The Grand Jury charges that:

Between on or about the following dates, in Boston, within the District of Massachusetts, and elsewhere,

DERRICK JONES,

defendant herein, knowingly transported and shipped visual depictions in interstate and foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of minors engaging in sexually explicit conduct and such depictions being of such conduct, that is: Derrick Jones transported the computer files indicated below which contained visual depictions of minors under the age of 18 years engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2):

| COUNT | DATE | DOCUMENTS |
|---|---|---|
| ONE | April 21, 2003 | huge-one-in-small-pt2.jpg |
| TWO | May 6, 2003 | 1a015.jpg |
| THREE | June 18, 2003 | f571.jpg |

Each of which is a separate violation of Title 18, United States Code, Section 2252(a)(1).

1

COUNT FOUR: 18 U.S.C. §2252(a)(4)(B) - Possession of Child Pornography

The Grand Jury further charges that on or about July 25, 2003, in Boston, within the District of Massachusetts,

DERRICK JONES

defendant herein, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter which contained any visual depiction that had been mailed, shipped and transported in interstate or foreign commerce, and which was produced using materials which had been so mailed, shipped and transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct; that is: DERRICK JONES knowingly possessed a computer and CD-ROMS, which contained numerous images of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2) such as:

BabyJ-sideways.mpeg
BabyJ-presents.avi
1YO3_LUC.ram
R@ygold style - Lucy.mpg
littleboycum.mpg
3yo ass shot.jpg
1141132.jpg

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

2

COUNT FIVE 18 U.S.C. §2252(a)(4)(B) - Possession of Child Pornography

The Grand Jury further charges that on or about August 5, 2004, in Boston, within the District of Massachusetts,

DERRICK JONES

defendant herein, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter which contained any visual depiction that had been mailed, shipped and transported in interstate or foreign commerce, and which was produced using materials which had been so mailed, shipped and transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct; that is: DERRICK JONES knowingly possessed CD-ROMS which contained numerous images of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2) such as:

BabyJ - chairraped 4yo(1).mpg
BabyJ-All ass!.WMV
r@ygold-CBaby_Dad_Licks_&Cums_On_3yo's_Pussy.mpg
Little preteen girl sucks boy 14yo.jpg

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

3

## **SUPPLEMENTAL FINDINGS**

### **COUNTS ONE THROUGH THREE:**

The Grand Jury further finds with respect to each of the above Counts that:

1. The material involved a prepubescent minor and a minor under the age of twelve years.
2. The offense involved material that portrays sadistic or masochistic conduct or other depictions of violence.
3. A computer was used for the transmission of the material.

### **COUNT FOUR:**

The Grand Jury further finds with respect to the above Count that:

1. The material involved a prepubescent minor and a minor under the age of twelve years.
2. Defendant's possession of the materials resulted from Defendant's use of a computer.
3. The offense involved possessing ten or more items containing a visual depiction involving the sexual exploitation of a minor.

### **COUNT FIVE:**

The Grand Jury further finds with respect to the above Count that:

1. The material involved a prepubescent minor and a minor under the age of twelve years.
2. Defendant's possession of the materials resulted from Defendant's use of a computer.
3. The offense involved at least 10 images but fewer than 150.
4. The offense involved material that portrays sadistic or masochistic conduct or other depictions of violence.

4

## FORFEITURE ALLEGATION
### (18 U.S.C. § 2253(a)(3) -- Criminal Forfeiture)

The Grand Jury further charges that:

1. As a result of the offense alleged in Counts One through Five of this indictment,

**DERRICK JONES**

defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253 any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses. Such property includes, but is not limited to, the following:

   a. One Hewlet Packard Pavillion 2E4600 with bearing serial number CNF403OLOK.

All in violation of Title 18, United States Code, Section 2253(a)(3).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature: Dena Sacco]*
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; September ___2___, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature: Thomas F. _____]*
DEPUTY CLERK

4:20pm

6

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Boston    **Category No.** II    **Investigating Agency** FBI

**City** Boston    **Related Case Information:**

**County** Suffolk    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-00008-LPC
Search Warrant Case Number    03-M00091-LPC
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Derrick L. Jones    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** 26 Worcester Street, Apartment 410, Boston, MA

**Birth date (Year only):** 1970   **SSN (last 4 #):** 9308   **Sex** m   **Race:** _____   **Nationality:** U.S.

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Dena T. Sacco    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** August 5, 2004

☒ Already in Federal Custody as  awaiting pretrial order  in  on detention  .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  five

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 2, 2004    **Signature of AUSA:** _Dena Sacco_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Derrick L. Jones

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. 2252(a)(1) | transportation of child pornography | Counts One-Three |
| Set 2   18 U.S.C. 2252(a)(4)(B) | possession of child pornography | Counts Four & Five |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**