UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CRIMINAL NO. 04-mj-00008-LPC |
| | ) |
| DERRICK JONES | ) |

### JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States of America and defendant Derrick Jones hereby submit this joint memorandum addressing the issues set forth in Local Rule 116.5(A)(1) through (A)(7).

(A)(1)

Defendant seeks an additional three weeks to file discovery requests.

(A)(2)

The defendant requests discovery concerning expert witnesses under Fed. R. Crim. P. 16(a)(1)(E). The government will respond 45 days before trial. The government requests reciprocal discovery which defendant will provide 30 days before trial.

(A)(3)

The parties anticipate that additional discovery will be provided, including forensic results from examination of a computer seized during a search.

(A)(4)

Defendant anticipates filing pretrial motions, but awaits additional discovery.

(A)(5)

A period of excludable delay should be ordered under the Speedy Trial Act from the date of this conference through the date of the next status conference.

(A)(6)

    Defendant anticipates a trial. The government estimates that its case will take five trial days.

(A)(7)

    The parties suggest that the Court set an interim status conference.

| United States Attorney | Derrick Jones |
| --- | --- |
| | By his attorney, |
| By: *(signature)* Dena Sacco<br>Assistant U.S. Attorney | *(signature)* Charles P. McGinty<br>B.B.O. #333480<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA 02210<br>Tel: 617-223-8061 |