UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                     ) | CRIMINAL NO. 04-10270-NMG |
| ) | |
| DERRICK JONES          ) | |

ASSENTED-TO MOTION TO CONTINUE HEARING

    Defendant respectfully moves to continue the hearing in this matter until Monday, December 13, 2004, or such later date as this Court selects.  As grounds for this motion, defense counsel states that he is required to be out-of-state until late Thursday, and apologizes for the need to reschedule.  In addition, Assistant United States Attorney Dena Sacco will be out of the office on Friday, December 10.  Defendant submits that the intervening days should be excluded from the speedy trial period.

    The government, per Assistant United States Attorney Dena Sacco, assents to the filing of this motion.

                                               DERRICK JONES
                                               By his attorney,

                                             /s/ Charles P. McGinty

                                             Charles P. McGinty
                                                 B.B.O. #333480
                                             Federal Defender Office
                                             408 Atlantic Avenue, 3rd Floor
                                             Boston, MA  02110
                                             Tel: 617-223-8061

December 6, 2004