UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
           Plaintiff

v.                               Case Number:   CR 04-10270-NMG

DERRICK JONES
           Defendant

**ORDER OF REFERRAL**
January 26, 2005

GORTON, DJ

The above captioned case is referred to Magistrate Judge   JOYCE LONDON ALEXANDER   upon the retirement of Magistrate Judge Lawrence P. Cohen.  Any instruction entered on the original Order of Reference remains in effect.

By the Court,

/s/ Virginia A. Hurley
Deputy Clerk