UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )   CRIMINAL NO. 04-10270-NMG<br>)<br>DERRICK JONES         ) | |

ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE:
PERMISSION TO WORK AND FOR MEDICAL APPOINTMENT

Defendant Derrick Jones respectfully moves to modify his conditions of release to permit him to seek and keep employment and also to undergo medical testing for his sleep apnea.

More specifically, defendant states:

1.  In October 2004, this Court permitted defendant to be released to the custody of the Coolidge House.  Defendant has been living at Coolidge House and has been in compliance with his conditions.

2.  Pretrial Services, by David Picozzi, has suggested that defendant seek permission from this Court so that he can work (with a long term goal of earning enough money to find his own apartment).  Mr. Picozzi has described the types of employment that would be suitable (and the types that would not).  Defendant has spoken to his case manager about where he can work (consistent with Mr. Picozzi's suggestions) and, if the Court permits employment, expects that Coolidge House would assist with

the placement.  Upon starting employment, defendant would help defray the costs of his stay at Coolidge House.

    3.  Defendant, as this Court knows, suffers from sleep apnea.  He needs to be fitted for the CPAT machine to help keep his airwaves clear and breathe at night.  He wishes to schedule the examination at the Boston Medical Center, and has provided Mr. Picozzi with the name of supervisor at the Sleep Lab, Mariann Kelly, Head Nurse Practitioner.  The process would take one day, eight hours, on a date set by the Boston Medical Center

    Pretrial Services, by David Picozzi, and the government, per Assistant United States Attorney Dena Sacco, assent to this motion.

                              DERRICK JONES
                              By his attorney,

                              /s/ Charles P. McGinty

                              Charles P. McGinty
                                  B.B.O. #333480
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061

January 28, 2005