UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
) Criminal No. 04-10270-NMG
v. )
)
DERRICK JONES )

## JOINT MOTION TO EXCLUDE TIME

The parties respectfully request that the Court exclude from

calculation under the Speedy Trial Act the time between February

15, 2005 and April 6, 2005, the date of the next status

conference, based on the interests of justice.


Respectfully submitted,


DERRICK JONES                          MICHAEL J. SULLIVAN
by his attorney                        United States Attorney

                                   By:

CHARLES P. MCGINTY                     DENA T. SACCO
617-223-8061                           Assistant U.S. Attorney
                                       (617) 748-3304


Dated: March 7, 2005