UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DERRICK JONES

)
)
)
)
)
)

Criminal No. 04-10270-NMG

## JOINT MOTION FOR EXCLUDABLE TIME

As discussed at the last status conference, the parties hereby move that the Court exclude from the time calculated under the Speedy Trial Act the time period from April 6, 2005 (the date of the last status conference) through April 30, 2005 (the due date for defendant's motions), based on the pendency of potential motions and in the interests of justice.

Respectfully submitted,

DERRICK JONES
by his attorney

*Charles P. Mc Ginty* /pm
CHARLES P. MCGINTY
617-223-8061

MICHAEL J. SULLIVAN
United States Attorney

By: *Dena T. Sacco* /pm
DENA T. SACCO
Assistant U.S. Attorney
(617) 748-3304

Dated: April 13, 2005