UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO.04-10270 NMG

DEREK JONES
        Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On April 6, 2005, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motion;

3. There is no supplemental discovery anticipated;

4. (a) Total amount of time ordered excluded under the Speedy Trial Act: September 16, 2004, through October 14, 2004 (28 days); October, 28, 2004, through December 7, 2004 (40 days); December 7 2004, through December 15, 2004 (8 days); December 15, 2004, through January 5, 2005 (21days); January 5, 2005, through February 15, 2005 (41 days); February 15, 2005, through April 16, 2005 (50 days); and April 16, 2005, through April 30, 2005 (17 days), for a total of two hundred and thirteen (213) days as of April 30, 2005;
   (b) The total amount of time to proceed to trial is seventy (70) days;
   (c) There may be dispositive motions to filed that would cause additional excludable time under the Speedy Trial Act;

5. (a) The defendant does not intend to raise a defense of insanity.
   (b) The defendant does not intend to raise a defense of public authority.

6. The Government has requested notice of alibi by the defendant, but the defendant has not responded;

7. (a) There may be motions to suppress which will require a ruling by the District Judge before trial;
   (b) A briefing schedule has been established;

8. There is no need for scheduling a hearing on any matter before the District Judge except trial or possible Rule 11 Hearing;

9. Resolution of case without trial is likely;

10. If trial were to become necessary, the estimated duration of trial would be four (4) to seven (7) days, depending upon whether the government will drop additional counts in the indictment;

11. Other matters: the Court retained jurisdiction of the case until April 20, 2005.

   IT IS HEREBY ORDERED THAT

   A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. The defendant shall file all dispositive motions on or before **April 30, 2005** and the government's response shall be due on or before **May 14, 2005.** Whereas all pretrial matters referred to the Magistrate Judge by the District Judge have been resolved, the case is hereby returned to the District Judge.

   HONORABLE JOYCE LONDON ALEXANDER
   U.S. MAGISTRATE JUDGE

   By the Court:

April 26, 2005            /S/ Rex Brown
Date                      Courtroom Clerk
                          (617) 748-9238