UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10270-NMG |
| ) | |
| DERRICK JONES  ) | |

## DISMISSAL OF COUNTS ONE THROUGH THREE

On September 2, 2004, a federal Grand Jury in this District returned a five-count Indictment against defendant Derrick Jones in the above-captioned matter. Counts One through Three of the Indictment charge Jones with transportation of child pornography, in violation of 18 U.S.C. § 2252(a)(1). Counts Four and Five charge Jones with possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B). The United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses Counts One through Three of the Indictment.

The United States submits that such dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ James B. Farmer
JAMES B. FARMER
DEPUTY FIRST ASSISTANT

DENA T. SACCO
Assistant United States Attorney

April 18, 2005

Leave To File Granted:

_____
JOYCE LONDON ALEXANDER
United States Magistrate Judge

Date:

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>Charles P. McGinty
>Federal Defender
>408 Atlantic Avenue
>Boston, MA 02210

This 18th day of April, 2005.

_____
Dena T. Sacco
ASSISTANT UNITED STATES ATTORNEY