```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              ) Criminal No. 04-10270-NMG
            v.                )
DERRICK JONES                 )
```

## MOTION TO EXCLUDE TIME

The United States respectfully requests that the Court exclude from calculation under the Speedy Trial Act the time between April 30, 2005, and the date set for the pretrial conference, June 1, 2005. During this time period, the defendant has been considering whether to file pre-trial motions, and the parties have been discussing the possibility of a plea. Accordingly, the United States submits that the requested exclusion would be in the interests of justice.

The undersigned attempted to contact defense counsel but was unable to do so, and therefore does not know what the defendant's position is on the requested exclusion of time.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:
                              /s/ Dena T. Sacco
                              DENA T. SACCO
                              Assistant U.S. Attorney
                              (617) 748-3304
```
_____

Dated: June 1, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery:

>   Charles McGinty
>   Federal Defenders

This 1st day of June, 2005.

>   /s/ Dena T. Sacco
>   Dena T. Sacco
>   ASSISTANT UNITED STATES ATTORNEY