UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10270-NMG |
| | ) | |
| DERRICK JONES | ) | |

ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Derrick Jones respectfully moves to modify his conditions of release to permit him to live at 1392 Dorchester Avenue, Room 33, Boston, MA 02125. He is currently required to reside at the Coolidge House.

More specifically, defendant states:

1. In October 2004, this Court permitted defendant to be released to Coolidge House. Defendant has been living at Coolidge House and has otherwise been in compliance with his conditions.

2. On February 9, 2005, this Court permitted defendant to work (with a stated goal to permit him to earn enough money to find his own residence).

3. Pretrial Services pays the costs of defendant's residence at the Coolidge House, which amounts to a significant expenditure which could be used for other needy defendants.

4. Defendant seeks permission to relocate from Coolidge House to his own residence. He is in compliance with his release conditions. Pretrial Services, by David Picozzi, supports the request for defendant to move to a rooming house. (Defendant is unable to afford the costs of renting an apartment in the expensive Boston housing market). The rooming house is operated by Caritas Communities, and provides affordable housing for working men and women. A

description of the house and its mission is on the web. See http://caritascommunities.org/. This rooming house was recommended to defendant by the Coolidge House.

Defendant is currently employed at the Shaw's Market at 4 River Street in Dorchester/Lower Mills.

Pretrial Services, by David Picozzi, and the government, per Assistant United States Attorney Christopher Bator, assent to this motion. Pretrial Services suggests the following additional conditions, with which defendant concurs:

1. Report in person as directed;

2. Report by Telephone every Wednesday by 12:00 noon;

3. Maintain residence

4. Maintain employment;

5. No use of any computer, the internet or any internet access device.

6. No unsupervised contact, either directly or indirectly, with any minors;

7. Travel restricted to District of Massachusetts; and

8. Notify Pretrial Services within 24 hours of any new arrests or contact with law enforcement.

DERRICK JONES
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue
Boston, MA  02110
Tel: 617-223-8061

June 10, 2005