```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              ) Criminal No. 04-10270-NMG
          v.                  )
DERRICK JONES                 )
```

## WITHDRAWAL OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully gives notice for the withdrawal of the undersigned counsel for the government.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  /s/ Dena T. Sacco
                         DENA T. SACCO
                         Assistant U.S. Attorney
```