UNITED STATE DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
V. ) Cr. No. 04-10270-NMG
)
DERRICK JONES )

## JOINT-MOTION TO EXCLUDE TIME

As indicated and agreed at the status conference on June 1, 2005, the parties jointly move pursuant to 18 U.S.C. §3161(h)(8) to exclude from speedy trial calculations the time period from June 1, 2005, up to and including October 3, 2005, the scheduled trial date. The proposed exclusion will permit appropriate time for plea discussions and negotiations and, if necessary, pretrial motions and trial preparation.

Respectfully submitted,

Derrick Jones  
by his counsel

MICHAEL J. SULLIVAN  
United States Attorney

_Charles McGinty (CFB)_  By: _C F. Ba___  
Charles P. McGinty, Esq.     CHRISTOPHER F. BATOR  
Federal Defender Office      Assistant U.S. Attorney  
408 Atlantic Avenue          Date:  
Boston, MA 02110