UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>     v. )<br>)<br>DERRICK JONES ) | CRIMINAL NO. 04-10270-NMG |

DEFENDANT'S MOTION FOR ADDITIONAL TIME TO SELF-REPORT

Defendant Derrick Jones respectfully moves for additional time to report to serve his sentence. On January 6, 2006, this Court sentenced defendant to a committed term of 24 months, and ordered defendant to report to the institution by February 3, 2006. As of today, the Bureau of Prisons has not designated an institution. Defendant asks the Court to permit an additional two weeks for defendant to self-report, and expects that this additional time should be sufficient to permit the Bureau of Prisons to complete the designation process.

                                              DERRICK JONES
                                              By his attorney,

                                              /s/ Charles P. McGinty

                                              Charles P. McGinty
                                                 B.B.O. #333480
                                              Federal Defender Office
                                              408 Atlantic Avenue, 3rd Floor
                                              Boston, MA  02110
                                              Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 1, 2006.

                                              /s/ Charles P. McGinty
                                              Charles P. McGinty